UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

THEODORE HOOKS,

       Plaintiff,

   v.

TREASURE ISLAND, LLC,

       Defendants.

Case No. 2:25-cv-01948-JAD-EJY

**ORDER**

      The Court has before it the First Amended Complaint filed by Plaintiff Theodore Hooks in which he sues Treasure Island, LLC.  Treasure Island was served with Plaintiff's original Complaint on November 13, 2025.  ECF Nos. 9, 10.  The Court finds the District of Nevada has repeatedly found no duty to screen a *pro se* complaint after the initial screening, especially where defendants have been served.  *Collins v. NDOC et* al., Case No. 2:22-cv-01795-CDS-BNW, 2024 WL 2061010, at \*\*2-3 (D. Nev. Jan. 26, 2024); *Peck v. Nevada*, Case No. 2:18-cv-00237-APG-VCF, 2020 WL 5518605, at \*\*1-2 (D. Nev. Sept. 14, 2020); *Caballero v. Aranas*, Case No. 3:19-cv-00079-MMD-CLB, 2020 WL 3546853, at \*\*2-3 (D. Nev. June 29, 2020); *Olausen v. Murguia*, Case No. 3:13-cv-00388-MMD-VPC, 2014 WL 6065622, at \*\*2-3 (D. Nev. Nov. 12, 2014); *Mwanza v. Foster*, Case No. 3:14-cv-00331-MMD-WGC, 2015 WL 5123410, at \*\*4-6 (D. Nev. Sept. 1, 2015).

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint (ECF No. 8) will not be screened by the Court.

      IT IS FURTHER ORDERED that the Clerk of Court must issue a summons for Treasure Island, LLC and deliver the same, together with a copy of this Order and Plaintiff's First Amended Complaint (ECF No. 8) to the U.S. Marshal Service.

      IT IS FURTHER ORDERED that the U.S. Marshal Service must effect service of the First Amended Complaint, together with the summons and a copy of this Order, on Brad Anthony,

1    General Counsel for Treasure Island, LLC, no later than fourteen (14) days after the date of this

2    Order.

3            IT IS FURTHER ORDERED that the response to Plaintiff's First Amended Complaint is

4    due twenty-one (21) days after service is effected.

5            DATED this 19th day of November, 2025.

6

7

8    _____
     ELAYNA J. YOUCHAH
     UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2