**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Theodore Hooks,<br><br>        Plaintiff<br><br>v.<br><br>Treasure Island, LLC, a foreign limited liability company,<br><br>        Defendant | Case No.: 2:25-cv-01948-JAD-EJY<br><br>**Order Granting Unopposed Motion to Dismiss and Closing Case**<br><br>[ECF No. 15] |

Plaintiff Theodore Hooks sues his former employer Treasure Island, LLC for employment discrimination, retaliation, and wrongful termination.[1]  Treasure Island filed a motion to dismiss Hooks's operative complaint, arguing that he fails to state a viable claim for race discrimination or retaliation and that his wrongful-termination claim fails as a matter of law.[2]  The court issued an order explaining to Hooks the significance of such a motion to dismiss and advising that the failure to file a timely response to the motion could result in his case being dismissed.[3]  Hooks's deadline to file such a response expired on January 23, 2026, and Hooks has not filed any response or asked to extend the deadline to do so.[4]  This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."  I apply this rule and deem Hooks's failure to respond to the motion to dismiss as consent to granting the motion.

---

[1] ECF No. 8 (amended complaint).

[2] ECF No. 15.

[3] ECF No. 18.

[4] *Id.*

IT IS THEREFORE ORDERED that Treasure Island, LLC's motion to dismiss **[ECF No. 15] is GRANTED**. **This case is DISMISSED** without prejudice, and the Clerk of Court is directed to **CLOSE THIS CASE.** All deadlines and further proceedings are VACATED.

_____
U.S. District Judge Jennifer A. Dorsey
January 28, 2026